A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Alfred Deal

#96506
Inmate (DOC) number

(Enter above the full name of each plaintiff in this action.)

VERSUS

Department Of Corrections,
Warden, Tim Hooper
Asst, Warden Carlton Nettles
Major, Jarvis Calahan
Lieutenant, Keenen Lutcher
Msgt, Liondell Minor, Jr.
Classification, Lakeshea Jackson

(Enter above the full name of each defendant in this action.)

## Instructions for Filing Complaint by Prisoners Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Corrections.

**All copies of the complaint must be identical to the original.**

The names of all parties must be listed in the caption and in part III of the complaint exactly

the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.**

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( X )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
Plaintiff(s): ______________________________

______________________________

Defendant(s): ______________________________

______________________________

2. Court (if federal court, name the district; if state court, name the parish):

______________________________

3. Docket number: ______________________________

4. Name of judge to whom case was assigned: ______________________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________________

6. Date of filing lawsuit: ______________________________

7. Date of disposition: ______________________________

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted? Yes ( ) No (X )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

______________________________

II. Place of present confinement: Louisiana State Penitentiary

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. Case Number: LSP-2021-3024

2. What steps did you take? First

3. What was the result? Rejected

D. If your answer is NO, explain why not: ______________________________

## III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Alfred Deal
Address TU - Upper / B / 11 - La, State Penitentiary - Angola, La. 70712

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Tim Hooper is employed as Head Warden at La, State Penitentiary

C. Additional Defendants: Carlton Nettles, Asst, Warden / La, State Penitentiary
Jarvis Calahan, Major / La, State Penitentiary - Keenen Lutcher, Lieutenant at La, State Penitentiary - Liondell Minor, JR. Master Sergeant. at La, State Penitentiary - Lakeshea Jackson, Classification at La, State Penitentiary

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On September 29, 2021, i was violently stabbed three times, twice at approximately 6:58 am. And again at approximately 4:14 pm, by the same perpetrator who was able to acquire a "6" foot long stick and convert into a spear by outfitting one end with a "ICE Pick". Immediately after inmate Young stabbed me the very first time i told then Cadet, Minor, and he immediately went and told Major, Calahan and Lt. Lutcher, when Lt, Lutcher came to my cell on (4/B/4 TU) i told him and showed him the stabbed wounds, but he did nothing, but encouraged

the second stabbing. Inmate Young cell was not even search for the spear in accordance with procedure. Lt, Lutcher told inmate Young that i was ratting.

(2.) Following this i tried unsuccessful to bring my injuries to Major, Calahan attention when he made a round on 4/E/Tier, his response was or rather he said; that he didn't want to hear the "rat shit" and kept walking.

(3.) And following this, both instructed Cadet, Minor to put inmate Young out on the tier in my place to pick up the food trays as a disguise to stab me again, and this time when he done it (stab me) i was inside my maximum extended down cell.

(4.) Multiple officers was in the control booth at the head of the tier when inmate Young stabbed me twice the first and the second time but none of them did nothing.

(5.) To substantiate my allegation, please [redacted] [redacted] [redacted] see the graphic camera footage. Both named supervisors supported inmate Young 100%. Inmate Young went on his attempt to kill rampage for about (14) minutes in front security and the state of the art cameras, and both supervisors as a show of support and cover-up alleged that i attacked

inmate Young. See bogus disciplinary report which the camera footage absolutely will contradict!

(6.) I got stabbed and was put in the dungeon!

(7.) Warden Nettles, was showed and told also, by me. Then supported his officers, and refused to send me to the hospital contrary to procedure.

(8.) Classification Jackson, said the camera footage was reviewed and i am guilty, as a showing of solidarity.

(9.) The second stabbing wherein i was stab once could have be prevented.

(10.) Warden Hooper, refused to come discuss the matter with me per my letter of request to him.

(11.) The camera footage is all that is needed to tell the whole story, they cover every angle.

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. Asst. Warden Carlton Nettles, terminated. / Major, Jarvis Calahan, terminated. / Lieutenant Keenan Letcher, terminated. / Warden Tim Hooper, demoted / Classification Lakeshea Jackson, demoted, or terminated. Order Defendants to pay compensatory and punitive damages.

## VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 27 day of September, 2022

Alfred Deal

Signature of plaintiff(s)

This is a Request for administrative Remedy:

October 29, 2021

Alfred Deal #95506
Camp C. Tiger 2/R/2
La, State Penitentiary
Angola, La. 70712

Warden Tim Hooper
New Administration Bldg
La, State Penitentiary
Angola, La. 70712

Subject: Deliberate Indifference, Failure-to-Protect, Denied Medical Attention and Retaliation

Defendants: Department Of Corrections
Asst, Warden Carlton Nettles
Major, Jarvis Calahan
Lieutenant, Keenen Lutcher
Cadet, Liandell Minor Jr.
Classification, Lakeshea Jackson

Dear Warden Hooper,

On September 29, 2021, i was excessively and violently stabbed three times, twice the very first times and once the second time, by the same perpetrator namely, Offender Robert Young #115638.

Location: TU - Extended Lockdown, Upper/E/Tier.

Description Of Incident

Between 6:45 am and 6:58 am, enroute to the rear of "Upper 1E1 tier" to begin moping the tier as required of tier representatives following each meal, and beginning from the back as i normally do to the front, Offender Robert Young #115638 stabbed me twice; once deep inside my left bicep and once all the way through my right hand. He accomplished this by sticking a stick about six feet long with a rusty "ICE Pick" attached to it through the tray hatch of his cell. He then repeated the maneuver several more times - in an effort to stab me multiples times with the spear. (See camera footage)

Doing this episode, there was a thick security presence inside the control booth, yet not one officer intervene. (See camera footage)

I stop Cadet Minor, when he made his routine round on the tier immediately following the attack, and i told him that Offender Robert Young #115638 had just stabbed me twice. I then showed him specifically where Offender Young #115638 stabbed me. Cadet Minor then immediately went told Lt. Lutcher and Maj. Calahan in accordance with procedure.

A couple minutes later Lt. Lutcher arrived at my cell door with Cadet Minor by his side, and

then, i told Lt. Cutcher that Offender Robert Young #115638 stabbed me twice as i was passing his cell enroute to the back of the tier to begin moping from the back to the front, with a rusty "Ice Pick" attached to a stick about six feet long, once deep inside my left bicep and once all the way through my right hand. Then i showed him both bloody holes. And told him that i needed a tetanus shot, to which he agreed. But denied.

Lt. Cutcher, didn't appear concerned after i told him about the unprovoked attack, and ultimately did nothing about it beyond briefly talking with Offender Young #115638 telling him that i was ratting! Of which, Offender Robert Young #115638 yell and told me while Lt. Cutcher and Cadet Miner was still on the tier.

I then, tried unsuccessful to tell Maj. Calahan when he made his routine round on the tier but he said he didn't want to hear no "rat shit" and kept walking pass my cell.

Doing my hour on the tier - i called Lt. Cutcher out the control booth to the front of the tier and told him that Offender Young #115638 said, he was going to finish me off when he come out on the tier and nothing is going to be done about it. (See camera footage)

But what i didn't know was, Maj. Calahan had already told Cadet, Minor to let out Offender Young #115638 in my place to pick up the trays and to stab me again obviously, to which Offender Young #115638 did.

Between 4:00 pm and 4:14 pm Offender Young #115638 was let out on the tier (upper tep) per Maj. Calahan order to pick up the afternoon food trays but instead he came out to try an kill me, with the same spear that he had earlier and had already stabbed me with twice, on this same 29 date of Sept-ember 2021. But this time around he was only able to stab me in my right wrist upon stabbing repeatedly into my cell with the spear trying to kill me without showing any regard for all of the cameras on the tier.

Offender Young #115638, tried to killed Offender Joseph Ray #404930 with the spear also. And no security intervene, he tried for (15) minutes on the wide open tier to kill two people without security doing absolutely nothing, until Offender Joseph Ray #404930 who is only about 4 feet 2 in height force them to intervene by throwing his canteen items out his cell at Offender Young #115638 because he was extremely afraid.

Contrary to procedure, Offender Young #115638 still was

not search for the spear or question about it, instead Maj. Calahan and Lt. Lutcher showed their support for the action by Offender Young #115638 by fabricating a aggravated fight between me and Offender Young #115638 alleging that i threw human waste on Offender Young #115638 then alleged in the report that i threw objects but that they was unknown according to the camera they said.

Now, Major, Calahan cannot lie and say he doesn't know about Offender Young #115638 stabbing me a third time, because i told him infront EMT Mark Briggs on 9/29/2021 who came to see me for the fabricated human waste fight, and EMT Briggs pointed his finger at Maj. Calahan while he was telling Maj. Calahan with me! Yet Maj. Calahan still did not do nothing!

On October 1, 2021, Warden Nettles asked me where i got stabbed at and i showed him the hole in my bicep and through my hand, then i told him that i need to see a doctor. But he told Maj. Calahan to call a EMT because he said he didn't believe i was stabbed, yet he told the Major to call the EMT but do not bring me to the hospital, which is a denial of medical attention. And a cover-up. Warden Nettles never came to see me until my family called up here. I still haven't seen a doctor for my injuries yet.

Warden Hooper, i also wrote you a letter requesting that you review the camera footage and then, come discuss the matter with me. But the footage is to graphic right. I know you can't believe what you see, and you're at a loss about no security intervention!

Classification, Ms. Lakesha Jackson went on record and said, the camera footage was review but she chose to make a bias ruling along with her colleague to cover-up the true.

Even at this moment my left bicep and right hand is hurting and burning. It's hard to squeeze a towel and hold my toothbrush due to the damage scar tissue that has not heal i guess. My pain is severe, i need to see a doctor.

The above described incidents was a consequence of the defendants negligence.

The third stabbing could have absolutely been avoided, had Lt. Lutcher and Maj. Calahan followed procedure.

The defendants except Cadet Liendell Miner, demonstrated a deliberate indifference to my safety and security. As their deliberate action resulted in me being subjected to cruel

and unusual punishment in violation of the protections guaranteed me by the Eighth and Fourteenth Amendment of the United States Constitution.

Failure to timely remedy the altercation caused the dangerous incident to escalate, of which solidify that both Lt. Cutcher and Maj. Calahan encouraged the attacks, resulting from my complaint that they deem as ratting. Then, both striped me of everything i possessed in my cell including my toothbrush and toothpaste. And, Major. Calahan specifically, told me that i could forget about getting back the majority of my belongings, point blank he said, and kept his word. (retaliation) and (Failure-to-Protect)

Items: missing: $150.00 gray G-Shock watch.
$37.15 Denim Shorts size 36
$20.08 Sweat Pants size Large
$11.61 GYM shorts size Large
$38.34 Levi's Jeans size Large
$18.03 Deluxe Shower Shoes size 10
$18.84 Am-FM Radio
$37.50 JVC headphones - from UNION SUPPLY
$107. Timberland Boots size 10
$85.42 Adidas Superstar Tennis size 10
$59.95 Sony CD Player
$200.00 worth of commissary
$25.00 Dictionary

See camera footage on 9/29/2021 To see these items being removed from by the above two defendants.

At all times relevant herein, and in all of the actions described herein, defendants were acting under the color of state law and in their official capacities.

As a result of the foregoing, i was violated of my constitutional rights, neglected physically, mentally and medically by being placed in serious harm and suffered injuries.

Please note my request herein, for the camera footage to be preserve.

– Relief Desired –

1.) Compensatory damages in an amount reasonable in the premises

2.) Punitive damages in an amount to conform with the latest dictates of the United States Supreme Court

3.) Both Lt. Lutcher and Maj. Calahan demoted in rank, and ordered to pay me back for my missing belongings of which they gave away!

4.) To be examine by a outside doctor.

5.) That i not be retaliated against in no form stemming from this complaint.

[signature]

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2021 -3024

TO: ALFRED DEAL 96506
Offender's Name and Number

TU UPPER B
Living Quarters

UNKNOWN
Date of Incident

ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

X REJECTED: Your request has been rejected for the following reason(s):
YOUR ARP IS BEING REJECTED DUE TO THE VOLUME IS TOO GREAT. YOU ARE ABLE TO RESUBMIT ONCE YOU SHORTEN YOUR ARP.

12/13/2021
Date

Nyesha Davis
Warden's Signature or Designee

Alfred Deal #96506
TU - Upper / B / 1st
La. State Prison
Angola, La. 70712

December 16, 2021

Ms Nyesha Davis
Warden's Signature or Designee
New Administration Bldg
Legal Programs Dept
La. State Prison
Angola, La. 70712

Re: ARP No. LSP-2021-3024

Dear Ms Davis,

Please note, that in 2016, Judge James J. Brady stated that there is no certain way a ARP must be file.

That being said, please furnish me a copy of the ARP procedure wherein it [illegible] that a specific number of pages in order to be accepted or that all of the details is no longer require.

I'm Looking forward to your timely response in this matter.

Alfred Deal
#96506

# LOUISIANA STATE PENITENTIARY
## ANGOLA, LOUISIANA

## APPEAL DECISION
## DISCIPLINARY BOARD APPEAL NUMBER:

**LSP-2021-0270**

| | |
|---|---|
| OFFENDER: | ALFRED DEAL 96506 |
| HOUSING: | TU |
| COURT DATE: | 10/04/2021 |
| DATE OF REPORT: | 09/29/2021 |
| RULE VIOLATED: | RULE #11- AGGRAVATED FIGHT |
| PLEA: | NOT GUILTY |
| FOUND GUILTY OF: | RULE #11- AGGRAVATED FIGHT |
| SENTENCE: | 30 DAYS DISCIPLINARY SEGREGATION |
| IMPOSED / SUSPENDED: | IMPOSED |
| RESTITUTION: | NONE |
| DECISION DATE: | 10/12/2021 |
| APPEAL DECISION: | DENIED |

Appellant argues on appeal that the Board erred denying appellant's motion to produce evidence.

The arguments raised by Appellant are without merit. The Disciplinary Board has the discretion to grant or deny any motions presented during the course of the hearing. The Disciplinary Board found the report to be clear and precise and the reporting employee's account of the incident appropriately supports the violation of a Rule #11- Aggravated Fight. The cameras were reviewed were it was determined that appellant was in possession of an object and provides sufficient evidence to warrant the guilty verdict. There is nothing to indicate that the Board abused its' discretionary authority in this case. A review of the record reveals appellant was afforded due process in both the hearing and the sentencing phases of the proceeding. The sanctions imposed appropriately fall within the sentencing guidelines specified in the Disciplinary Rules and Procedures for Adult Offenders for Schedule B Violations. The sentence imposed is not excessive or unduly harsh.

The issues raised by Appellant in this matter have been reviewed. Appellant was provided a due process hearing by the Disciplinary Board. The decision of the Disciplinary Board is deemed appropriate. Appellant has presented nothing which would justify reversal or modification of the decision rendered through the disciplinary proceedings.

The appeal is denied.

Timothy Hooper
Warden

TH: nr

**INSTRUCTIONS TO OFFENDER:** This decision constitutes the final administrative decision of the agency. The Secretary will only consider appeals from decisions which resulted in the imposed or suspended sentences of one or more of the following penalties: 1) Forfeiture of Good Time; 2) Custody change from Minimum to Medium only if it involves transfer to another institution; 3) Custody Change to Maximum; 4) Failure to Earn Incentive Wages; or 5) Restitution.

**Since none of these penalties were imposed, this decision cannot be appealed to the Secretary**



792272

Form HC-01-A
20 March 2019

Request for Medical Treatment Institution: ____________

Name ____ DOC# ____ Age ____ Housing ____ Job Assignment: ____

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

[illegible]

**Health Care Personnel Screening:** Date: ____ Time: ____ Location Seen: ____

(Circle One) Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

______________________________

______________________________

______________________________

______________________________ **Total #:** ______

Screener's Signature:

☐ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for each Prescription Fee: $ ______ Total: $ ______

I understand that in accordance with Dept. Reg. No B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.

| Offender's Signature | DOC# | Date | Witness Signature |
|---|---|---|---|

Original - Offender's Medical Record Yellow - Business Office Pink - Offender's Copy

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

**INSTITUTION:** LoSoP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Alfred Deal | 96506 | 9/29/21 | 4:30 |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| Upper E | TU Extended | Upper E tier |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| ~~Defiance, Disobedience Aggravated,~~ Fighting Aggravated | ~~3~~, 8, 11 |

**10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)** On the date and approx time. I cdt Minor observed offenders Joseph Ray #404430 and Alfred Deal #96506 throw unknown objects out of their assigned cells at offender Robert Young #115638

**11. Offender Placed in Adm. Seg.** ☐ Yes ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Londell Minor JR | Londell Minor JR, cadet, Upper E+F |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 9/29/21 | 4:30 | L.M | Refuse to sign |

**18. Plea by Offender:** ☑ Not Guilty ☐ Guilty **19. Verdict:** ☐ Not Guilty ☑ Guilty

**20. Date of Hearing:** 9.30.21 / 10.4.21 **21. Counsel Substitute: DOC#** 419642 / 419642

**22. Motions:** Defer 24 hours for Copy of Report

**23. Reasons for Disposition:**

- ☑ Report is clear and precise.
- ☐ Lack of a credible defense/little or no defense.
- ☐ Based on his statement.
- ☑ The officer's version is determined to be more credible than the offender's.
- ☐ Pled guilty/accepted guilty plea.
- ☐ Only defense is denying contents of report.
- ☐ The offender presented no evidence to refute the charges.
- ☐ The Investigative officer's testimony was deemed more truthful and accurate than the offender's.
- ☐ Plea bargain.
- ☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
- ☐ Other ______

**24. Reasons for Sentence:**

- ☑ Seriousness of offense.
- ☑ The need to protect the institution, employees, or other.
- ☐ Poor Conduct record. A total of ______ rule violation(s). A total of ______ Schedule B violations since ______.
  A total of ______ # ______ rule violations since ______.
- ☐ Other ______

**25. Sentence:** 30 days disciplinary Seg 7 day foodloaf — Suspended ☐ ______ Days; Imposed ☑

**26. Sentence:** — Suspended ☐ ______ Days; Imposed ☐

**27. DISCIPLINARY BOARD:**
Cost maybe imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary \Rules and Procedures for Adult Offenders.

[signature] Maj. Jones Callihan
CHAIRMAN (DISCIPLINARY OFFICER)

[signature] LaKeshia Jackson
MEMBER

UNITED STATE DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALFRED DEAL

CIVIL ACTION

Judge

VERSUS

Magistrate Judge

DEPARTMENT OF CORRECTIONS, ET AL.

PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. § 1915 (e) (1), plaintiff moves for an order appointing counsel to represent him in this case, In support of this motion, plaintiff states:

That he is unable to afford counsel, and that as a "seggregation inmate" he has limited access to the law library. Plaintiff further states that he his written four attorneys, (copies of letters enclosed) and all of whom declined to represent him. Plaintiff avers that he has limite Knowledge of the law, and therefore should be appointed counsel in this matter.

A trial in this case will likely involve conflicting testimony. A lawyer would assist plaintiff in the presentation of evidence and the cross-examination of opposing witnesses.

WHEREFORE, plaintiff request and pray that this honorable court appoint counsel to represent him in this case.

Respectfully submitted,
Alfred Deal

Joseph J. Long
Attorney At Law
251 Florida Street Suite 308
Baton Rouge, Louisiana 70801
www.legal225.com

April 6, 2022

Via U.S. Priority Mail
Tracking # 9400 1118 9956 1693 8676 63

Alfred Deal #96506
Louisiana State Penitentiary
17544 TUNICA TRCE
ANGOLA LA 70712-3029

Re: Incident of September 29, 2021

Dear Mr. Deal,

Enclosed please find three letters you sent to our office. I am sorry that we couldn't help you in this case. If you wish to find legal representation, please do so as soon as possible to avoid prescription.

Sincerely,

Shania | Paralegal to Joseph J. Long

Enclosures

*"Let no man's heart fail on account of him. Your Servant will go and fight this Philistine." 1 Sam 17:32*

225.343.7288 telephone · 225.267.5664 facsimile

[illegible]
[illegible]
[illegible]
[illegible]

[illegible]

[illegible]
[illegible]
[illegible]
[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

which is better known as TU, have been and currently still is a maximum security extended lockdown with new multiple high tech cameras covering our every movement from all angles, there we're in individual cells (23) hours a day and (1) hour out for exercise except for the tier representative who clean up which was me.

[illegible]

[illegible]

[illegible]

[illegible]

While in route to the back of the tier to begin moping from the **back** to the front

[illegible] and [illegible] all the while [illegible] [illegible] [illegible] [illegible] threatened [illegible] [illegible] [illegible] [illegible] [illegible] on the [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] being [illegible] about the [illegible] and personally [illegible] [illegible] [illegible] [illegible] the [illegible] [illegible] the particular [illegible] [illegible] the [illegible] [illegible] [illegible]. [illegible], the particular [illegible] [illegible] [illegible] that [illegible] and [illegible] [illegible] specifically [illegible] [illegible] [illegible].

Then he discreetly went and retrieved the [illegible] and [illegible] back to my cell and [illegible] a [illegible] that [illegible] on my neck, while I was inside my cell before I was [illegible] out the [illegible] at approximately [illegible]. [illegible] the above [illegible] in the [illegible] for attacking [illegible]. [illegible] [illegible] on the [illegible] [illegible] trying to kill me inside my cell [illegible] the [illegible] [illegible] [illegible] my cell [illegible]

[illegible] at least [illegible] and [illegible] [illegible] the whole thing [illegible] the [illegible] [illegible].

[illegible], [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]. [illegible] [illegible], [illegible] [illegible] [illegible] [illegible].

They refused me medical attention, [illegible] supervisor and the Assistant Warden C. [illegible], after seeing the wounds. [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

[illegible] my family [illegible] to the Head Warden, Tim Hooper [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]. Due to the case being so [illegible] against them [illegible] can be seen on camera [illegible] the [illegible], they do not want to accept any Administrative Remedy Request (ARP) which I must file before I can file a Federal Lawsuit.

I am absolutely sure you can expect a fight for that camera footage which [illegible] [illegible] [illegible] [illegible]. Once you demand the footage you will be [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

Respectfully,

[signature]

My cousin called and spoke with the FBI, [illegible] no investigation has been done by them yet, though they are going to look into this matter.

[illegible]
[illegible]
[illegible]
[illegible]

[illegible]

[illegible]
[illegible]
[illegible]
[illegible]

[illegible]

[illegible]

[illegible]

[illegible] average of the [illegible]

[illegible]

[illegible] all [illegible] ... [illegible]

[illegible] cell, and he died!

I [illegible] family [illegible] ... [illegible]

[illegible]

[illegible] "$[illegible]" [illegible]

[illegible] from the FBI but [illegible] investigation [illegible] ... I [illegible] this."

[illegible]

[illegible]

[illegible]

[illegible]
[illegible]
[illegible]
[illegible]

[illegible]

[illegible]
[illegible]
[illegible]
[illegible]

Re: [illegible]

Dear [illegible],

I apologize for the delay [illegible]

On September 28, 2021, I got [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] "Brunt" [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

[illegible] ... telling ... encouraged ... [illegible]

[illegible]

[illegible] ... children ... [illegible]

[illegible] ... walking around the house ... [illegible] ... only need the common decency.

I [illegible] ... [illegible]

Thanking you kindly [illegible]

[illegible]

Alfred [illegible]
[illegible] - 4/B/11
La. State Prison
Angola, La. 70712

US POSTAGE
ZIP 70712 $ 002.40
02 3H
0000387755 SEP 30 2022

SCREENED
OK
U.S. MARSHAL

Clerk Of Court
United State District Court
Middle District Of Louisiana
777 Florida Street, Suite 139
Baton Rouge, La. 70801-1712



NOT CENSORED
Not Responsible For Contents
La. State Penitentiary
SEP 3 0 REC'D
LA. STATE PEN.
AN ALL MALE PENAL INSTITUTE