UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ALFRED DEAL (#96506)**

**VERSUS**

**LOUISIANA DEPT. OF CORRECTIONS, ET AL.**

**CIVIL ACTION**

**NO. 22-707-JWD-SDJ**

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 10, 2024 (Doc. 22), to which no objection was filed;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 21) filed by the Louisiana Department of Public Safety and Corrections; Tim Hooper, Liondell Minor, Jr.; and Carlton Nettles is **GRANTED** and that Plaintiff's claims against these Defendants are **DISMISSED, WITHOUT PREJUDICE**, for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Jarvis Calahan, Keenen Luther, and Lakeshea Jackson are **DISMISSED, WITHOUT PREJUDICE** *sua sponte*, resulting in dismissal of this action in its entirety.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on May 14, 2024.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**